UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES KRAHN,<br><br>                Defendant. | No. CR07-156RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR HEARING TO ADJUDICATE INTEREST IN FORFEITED PROPERTY AS MOOT |

This matter comes before the Court on defendant's "Motion for Hearing to Adjudicate Interest in Forfeited Property". The Motion for Hearing to Adjudicate Interest in Forfeited Property is DENIED as moot based on defense counsel, Mr. Levy's indication that he will work with the U.S. Attorney to reach a fair resolution.

DATED this 7th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR HEARING TO ADJUDICATE INTEREST IN FORFEITED PROPERTY AS MOOT